IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE P. GOLDEN, | ) |
| Plaintiff, | ) |
| v. | ) JUDGE COAR |
| HOTYELLOW98.COM, INC., TROY WARREN; PATRICIA WARREN, DUAINE WARREN; NETSURF, INC.; BOZIDAR BOSILJEVAC; ANDREW ROK; and KRZYSZTOF ADAMSKI, | ) 01C 1094 ) MAGISTRATE JUDGE BOBRICK |
| Defendants. | ) |

## NOTICE OF FILING

TO: Bruce P. Golden
4137 N. Hermitage Avenue
Chicago, IL 60613

**PLEASE TAKE NOTICE THAT** on the February 16, 2001, we filed with the Clerk of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant NetSurf, Inc. and Krzysztof Adamski **Notice of Removal**, a copy of which is attached hereto and served upon you.

NETSURF, INC. and KRZYSZTOF ADAMSKI

By: /s/ Michael Roche
One of their attorneys

Michael B. Roche
Rachel T. Nguyen
Schuyler, Roche & Zwirner, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, Illinois 60601
(312) 565-2400

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BRUCE P. GOLDEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| HOTYELLOW98.COM, INC., TROY WARREN; PATRICIA WARREN, DUAINE WARREN; NETSURF, INC.; BOZIDAR BOSILJEVAC; ANDREW ROK; and KRZYSZTOF ADAMSKI, | ) |
| Defendants. | ) |



JUDGE COAR

01C 1094

MAGISTRATE JUDGE BOBRICK

### NOTICE OF REMOVAL

Defendants NetSurf, Inc. ("NetSurf") and Krzysztof Adamski ("Adamski"), by their attorneys, Michael B. Roche and Rachel T. Nguyen of Schuyler Roche & Zwirner, P.C., hereby remove the above-styled civil action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to the provisions of 28 U.S.C. §1441 et seq., on the basis of the following facts which demonstrate that this case is properly removable:

1. On January 29, 2001, NetSurf and Adamski were served with a copy of the summons and complaint in Circuit Court of Cook County, Illinois Case No. 00 L 11789 by certified mail and first-class U.S. Mail respectively (a copy of the summons and complaint are attached hereto as Exhibits A and B).

2. The time within which NetSurf and Adamski are required by 28 U.S.C. §1446(b) to file this Notice of Removal has not expired.

3. This Court has original jurisdiction over this action under 28 U.S.C. § 1332 in that

the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

4. In his complaint, plaintiff Bruce P. Golden ("Golden") names as defendants NetSurf, Admanski, HotYellow98.com, Inc. ("HotYellow"), Troy Warren ("Troy"), Patricia Warren ("Patricia"), Duaine Warren ("Duaine"), Bozidar Bosiljevac ("Bosiljevac") and Andrew Rok ("Rok"). Golden alleges that he resides in Cook County Illinois, while NetSurf is a Canadian corporation with its principal place of business in Toronto. With respect to Adamski, Bosiljevac and Rok, Golden alleges that they are residents of Canada. With respect to Troy, Patricia and Duaine, Golden alleges that they are residents of Arizona.

5. In Count I of the complaint, Golden alleges a breach of contract and seeks damages in the amount of $48,491.60, together with attorneys' fees and costs. In Count II of the Complaint, Golden alleges a second breach of contract and seeks damages in the amount of $60,000, together with attorneys' fees and costs. In Count III of the complaint, Golden alleges fraud and seeks damages in the amount of $48,491.60, together with attorneys' fees and costs. In addition, Golden also seeks $2,000,000 in punitive damages. Finally, in Count IV of the complaint, Golden alleges that the defendants breached their contract and engaged in fraud knowingly, willfully, wantonly, recklessly and without due regard for the interests of others, including Golden. Golden seeks unspecified amounts due and owing, together with attorneys' fees and costs, and punitive damages in the amount of $2,000,000.

6. Thus, Golden's complaint demonstrates both the required diversity of citizenship of the parties to this action and it seeks damages sufficient to meet the requirements of 28 U.S.C. § 1332.

7. Pursuant to the provisions of 28 U.S.C. § 1446, NetSurft and Adamski attach a copy of each of the following documents served upon it in this action:

    a. Complaint filed in the Circuit Court of Cook County, Illinois, bearing Case No. 00 L 11789 (Exhibit A); and

    b. Summons served on NetSurf and Adamski on January 29, 2000 (Exhibit B).

8. A check in the amount of $150.00 is enclosed as the filing fee.

9. Written notice of the filing of this Notice of Removal will be served on Golden as required by 28 U.S.C. § 1446(d).

10. A copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Cook County, Illinois as required by 28 U.S.C. § 1446(d).

WHEREFORE, defendants NetSurf, Inc. and Krzysztof Adamski, respectfully prays that this Court take jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings as though this action had been instituted originally in this Court.

Respectfully submitted,

**NETSURF, INC. and KRZYSZTOF ADAMSKI**

By: _Michael B. Roche_
One of their attorneys

Michael B. Roche
Rachel T. Nguyen
Schuyler, Roche & Zwirner, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, Illinois 60601
(312) 565-2400

227972

STATE OF ILLINOIS   )
                                 ) SS.
COUNTY OF COOK    )

### PROOF OF SERVICE

I, Carolyn Ellis, a non-attorney, on oath state that I caused a copy of the foregoing **Notice of Filing**, along with **Notice of Removal** to be served by hand delivery to:

Bruce P. Golden
4137 N. Hermitage Avenue
Chicago, IL 60613

on this 16th day of February, 2001.

_Carolyn J. Ellis_

SUBSCRIBED AND SWORN TO
before me this 16th day February, 2001.

_Eva Manos_
Notary Public

"OFFICIAL SEAL"
EVA MANOS
Notary Public, State of Illinois
My Commission Expires Oct. 10, 2002

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

BRUCE P. GOLDEN )
)
    Plaintiff, )
)
v. )
)
HOTYELLOW98.COM, INC.; TROY WARREN; )
PATRICIA WARREN; DUAINE WARREN; )
NETSURF, INC.; BOZIDAR BOSILJEVAC; )
ANDREW ROK; and KRZYSZTOF ADAMSKI, )
)
    Defendants. )

## AMENDED COMPLAINT AT LAW

Here comes Plaintiff for his Complaint as follows:

### GENERAL ALLEGATIONS

1. Plaintiff Bruce P. Golden ("Golden") resides in Cook County, Illinois.

2. Defendant HotYellow98.com, Inc. ("Yellow") is a Nevada corporation with its principal place of business in Arizona. Defendant Netsurf, Inc. ("Netsurf") is a Canadian corporation with its principal place of business in Toronto.

3. Defendants Troy Warren ("Warren"), Patricia Warren ("Patricia") and Duaine Warren ("Duaine") reside in Arizona. At all relevant times they were officers and/or directors and/or stockholders of Yellow and/or Netsurf. Defendants Bozidar Bosiljevac ("Bosiljevac"), Andrew Rok ("Rok") and Krzysztof Adamski ("Adamski") are Canadian residents. At all relevant times they were officers and/or directors and/or stockholders of Yellow and/or Netsurf.

4. On May 25, 1999, Warren came with other officials of Yellow and Netsurf to meet with Golden, a licensed Illinois attorney, at the Marriott Suites Chicago Hotel, 6155 N.

Page 1 of 5

River Rd, Rosemont, Illinois. Said meeting was not arranged by Golden and prior to the meeting he had never met or spoken with Warren or any other Defendant.

5. At said meeting Warren discussed with Golden certain legal issues relating to the Defendants' affairs. Golden was given Yellow's financial statements and an explanation of the business of Yellow and Netsurf. The meeting lasted for several hours.

6. At said meeting, Warren asked Golden to act as counsel for Yellow and Netsurf and Golden agreed to do so. Thereafter Golden performed legal services for all Defendants from his offices in Chicago. Such work included, inter alia, corporate and securities matters and litigation in Alaska, New York, New Jersey and Arizona.

7. All or some part of the transactions giving rise to this lawsuit arose in Cook County, Illinois. Yellow and Netsurf are involved in the worldwide Internet business, actively solicit customers in Illinois, have numerous customers in Illinois and derive substantial revenues from Illinois.

## COUNT I - FIRST BREACH OF CONTRACT

8. By this reference Golden incorporates ¶¶ 1-7 of his Complaint.

9. Yellow and Netsurf entered into contracts with Golden as their counsel. Yellow and Netsurf agreed to pay him his legal fees and expenses when invoiced together with interest on any unpaid balances at the rate of 1.5% per month.

10. Thereafter the individual Defendants all entered into contracts with Golden and agreed to pay him his fees and expenses when invoiced together with interest on any unpaid balances at the rate of 1.5% per month.

11. The contracts referred to in ¶s 9-10 ("Contracts") provided for Golden to be paid for his services.

12. Golden performed all services required of him under the Contracts and is not in breach of the Contracts.

13. Golden performed all condition precedents for him to be entitled to payment under the Contracts.

14. There is due and owing to Golden as of November 1, 2000 the amount of $48,491.60, which bears interest at the rate of 1.5% per month, which Warren has personally guaranteed.

15. Golden has made demand for payment to no avail.

WHEREFORE, Golden respectfully requests that judgment be entered in his favor in such amounts as shall be due and owing, but not less than $48,491.60 plus interest from and after November 1, 2000, together with his attorneys' fees and costs, jointly and severally against all Defendants.

## COUNT II - SECOND BREACH OF CONTRACT

16. By this reference Golden incorporates ¶¶ 1-15 of his Complaint.

17. The Defendants asked Golden to prepare a Registration Statement under the Securities Act of 1933, as amended, and Golden agreed to do so.

18. The terms of Golden's engagement included a cash fee of $60,000.

19. Golden performed all services required of him under the engagement and is not in breach of contract.

20. Golden performed all condition precedents for him to be entitled to payment.

21. There is due and owing to Golden the sum of $60,000, which Warren has personally guaranteed.

22. Golden has made demand for payment to no avail.

WHEREFORE, Golden respectfully requests that judgment be entered in his favor in such amounts as shall be due and owing, but not less than $60,000, together with his attorneys' fees and costs, jointly and severally against all Defendants.

### COUNT III - FRAUD

23. By this reference Golden incorporates ¶¶ 1-22 of his Complaint.

24. Since approximately March 1, 1999, Warren and Patricia for and on behalf of all Defendants have represented to Golden that his legal fees and costs would be paid. On numerous occasions Warren and Patricia have represented to Golden that checks were sent to him. On numerous occasions Warren and Patricia have requested Golden to continue performing services for all Defendants based upon the representations that payment of amounts due would be paid in full.

25. Such representations were of material facts and were made in order to induce Golden to continue to perform legal services for the Defendants.

26. Based upon such representations and in justifiable reliance thereon, Golden continued to perform legal services for the Defendants.

27. The representations were false when made and the Defendants knew they were false when made or they were made without regard for their truthfulness.

28. As a direct consequence of such misrepresentations of material fact Golden has suffered damages. But for such misrepresentations of material fact Golden would not have continued to perform legal services for the Defendants.

29. Such misrepresentations were made knowingly, willfully, wantonly, recklessly and without due regard for the interests of others, including Golden.

WHEREFORE, Golden respectfully requests that judgment be entered in his favor in such amounts as shall be due and owing, but not less than $48,491.60 plus interest from and after November 1, 2000, together with his attorneys' fees and costs, and together with punitive damages in an amount not less than $2,000,000, jointly and severally against all Defendants.

## COUNT IV - PUNITIVE DAMAGES

30. By this reference Golden incorporates ¶¶ 1-29 of his Complaint.

31. The Defendants engaged in such conduct knowingly, willfully, wantonly, recklessly and without due regard for the interests of others, including Golden.

WHEREFORE, Golden respectfully requests that judgment be entered in his favor in such amounts as shall be due and owing, together with his attorneys' fees and costs, and together with punitive damages in an amount not less than $2,000,000, jointly and severally against all Defendants.

Respectfully submitted,
Bruce P. Golden, Plaintiff

By: [signature]

Bruce P. Golden & Associates
4137 N. Hermitage Avenue
Chicago, Ill. 60613
773-248-4905
Atty. No. 23747

# EXHIBIT B

| 2120 - Served              | 2121 - Served              |
|----------------------------|----------------------------|
| 2220 - Not Served          | 2221 - Not Served          |
| 2320 - Served By Mail      | 2321 - Served By Mail      |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS                    | ALIAS - SUMMONS            |

(7-90) CCG-1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

BRUCE P. GOLDEN,
Plaintiff

v.

HOTYELLOW98.COM, INC.; TROY WARREN;
PATRICIA WARREN; DUAINE WARREN,
NETSURF, INC., ANDREW ROK; BOZIDAR
BOSILJEVAC; KRZYSZTOK ADAMSKI,
Defendants

Netsurf, Inc.; Andrew Rok; Bozidar
Bosiljevac; Krzysztok Adamski
75 The Mall East Suite 204
Toronto Etobicoke Ontario M8Z5W3

No. 00 L 011789

SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room * 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, JAN 11 2001 ........, 19....

DOROTHY BROWN
CLERK OF ........ Clerk of court

Date of service ........, 19....
(To be inserted by officer on copy left with defendant or other person)

| Name | Bruce P. Golden |
|---|---|
| Attorney for | Plaintiff |
| Address | 4137 N. Hermitage |
| City | Chicago |
| Telephone | 773-248-4905 |
| Att No. | |

DOROTHY BROWN
...CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Division Room 802

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**01C 1094 JUDGE COAR**

## I. (a) PLAINTIFFS
BRUCE P. GOLDEN

### DEFENDANTS
NETSURF, INC.: BOZIDAR BOSILJEVAC, ANDREW ROK: AND KRZYSZTOF ADAMSKI

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Cook Co., IL
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Toronto, ONT, Canada
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

MAGISTRATE JUDGE BOBRICK

ATTORNEYS (IF KNOWN)
Michael B. Roche
Schuyler, Roche & Zwirner
130 E. Randolph, Suite 3800
Chicago, IL 60601

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

*PERSONAL INJURY*
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth In Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
*HABEAS CORPUS:*
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This cause of action is filed pursuant to 28 U.S.C. Section 1332. Counts I and II allege breach of contract. Count II alleges fraud. Count IV alleges punitive damages

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ Costs, Attorney Fees ~~Punitive Damages~~

CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 2-16-01

SIGNATURE OF ATTORNEY OF RECORD
Michael B. Roche

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

**JUDGE COAR**

**01C 1094**

In the Matter of

BRUCE P. GOLDEN, Plaintiff,

v.

HOTYELLOW98.COM, INC., et al. Defendants.

Case Number:

MAGISTRATE JUDGE BOBRICK

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Defendants NetSurf, Inc.; Bozidar Bosiljevac, Andrew Rok and Krzysztof Adamski

| (A) | (B) |
|---|---|
| SIGNATURE: Michael B. Roche | SIGNATURE: [signature] |
| NAME: Michael B. Roche | NAME: Rachel T. Nguyen |
| FIRM: Schuyler, Roche & Zwirner | FIRM: Schuyler, Roche & Zwirner |
| STREET ADDRESS: 130 E. Randolph St., Suite 3800 | STREET ADDRESS: 130 E. Randolph St., Suite 3800 |
| CITY/STATE/ZIP: Chicago, IL 60601 | CITY/STATE/ZIP: Chicago, IL 60601 |
| TELEPHONE NUMBER: 312/565-2400 | TELEPHONE NUMBER: 312/565-2400 |
| IDENTIFICATION NUMBER: 2359405 | IDENTIFICATION NUMBER: 6270349 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [X] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [X] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

DOCKETED FEB 21 2001