AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Bruce P. Golden,  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 01 C 1094

Hotyellow9.com.Inc, et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is remanded to the Circuit Court of Cook County. The Plaintiff is entitled to recover any expenses, costs, and fees accrued in seeking this remand. This Court retains jurisdiction as to the issue of fees and costs.



DEC 26 2001

Michael W. Dobbins, Clerk of Court

Date: 12/21/2001

Patricia McQurter-Figgs, Deputy Clerk